**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| ALTISOURCE ASSET MANAGEMENT CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) | Civil Action No. 2023-0002 |
| | ) | |
| NATHANIEL REDLEAF, | ) ) | |
| Defendant. | ) ) | |
| | ) | |

**Attorneys:**
**Gordon C. Rhea, Esq.**
Mt. Pleasant, SC
**Howard Jay Kaplan, Esq.**
**Michelle Amy Rice, Esq.**
New York, NY
        *For Plaintiff*

**Carl A Beckstedt, III, Esq.**
St. Croix, U.S.V.I.
**Douglas A. Rappaport, Esq.**
**Elizabeth C. Rosen, Esq.**
**Jacqueline Yecies, Esq.**
**Shanna L. Miles, Esq.**
New York, NY
        *For Defendant*

**ORDER**

THIS MATTER comes before the Court on Plaintiff Altisource Asset Management Corporation and Defendant Nathaniel Redleaf's "Joint Stipulation of Voluntary Dismissal with Prejudice." (Dkt. No. 46). The parties state that their "Joint Stipulation of Voluntary Dismissal is hereby filed with prejudice, jointly dismissing all claims and counterclaims by all Parties." *Id.* at 1. Further, the parties state that "[t]he Parties shall bear their own costs and fees pursuant to the settlement agreement between the Parties." *Id.*

**UPON CONSIDERATION** of the foregoing, and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby

**ORDERED** that the "Joint Stipulation of Voluntary Dismissal with Prejudice" (Dkt. No. 46) is **ACCEPTED**; and it is further

**ORDERED** that the Stipulation serves to **DISMISS WITH PREJUDICE** the instant action, with each party to bear their own costs and fees; and it is further

**ORDERED** that Defendant Nathaniel Redleaf's Motion to Dismiss (Dkt. No. 25) is **DENIED AS MOOT**; and it is further

**ORDERED** that the Clerk of Court is directed to mark this case **CLOSED**.

**SO ORDERED**.

Date: January 16, 2024

_____/s/_____
WILMA A. LEWIS
District Judge